1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ALLEN DWAYNE HATCHER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. 1:04-cr-5295 OWW
                                      )
12             *Plaintiff,*            )   STIPULATION CONTINUING  SENTENCING;
                                      )   ORDER THEREON
13       v.                           )
                                      )   Date:  June 7, 2010
14 ALLEN DWAYNE HATCHER,              )   Time:  9:00 a.m.
                                      )   Judge: Hon. Oliver W. Wanger
15             *Defendant.*            )
                                      )
16 _____    )

17

18       **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19 Assistant United States Attorney Dawrence Rice, Counsel for Plaintiff, and Assistant Federal Defender

20 Victor M. Chavez, Counsel for Defendant Allen Dwayne Hatcher, that the sentencing currently set for

21 June 1, 2010, **may be continued to June 7, 2010, at 9:00 a.m.**

22       This continuance request is made because counsel for Defendant Hatcher will be out of the office

23 at training from June 1, 2010 to June 4, 2010. This continuance will conserve time and resources for both

24 parties and the court.

25 ///

26 ///

27 ///

28 ///

|     |     |
| --- | --- |
|     | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 27, 2010 | By: /s/ *Dawrence Rice*<br>DAWRENCE RICE<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|     | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 27, 2010 | By: /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>Allen Dwayne Hatcher |

IT IS SO ORDERED.

**Dated:   May 28, 2010**         /s/ **Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE

Stipulation Continuing Motions Filing and Evidentiary/
Motions Hearing and Order Thereon                           2